# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIODORO ZAPATA-HERRERA,<br><br>Defendant. | Case No.: 19-CR-3039-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19-CR-3039-LAB against defendant ELIODORO ZAPATA-HERRERA be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED:  August 30, 2019

HON. LARRY A. BURNS
Chief United States District Judge